UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSHUA E. BOYD,

    Plaintiff,

v.

PUYALLUP TRIBAL POLICE, et al.,

    Defendants.

Case No. C09-5573BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 13). The Court having considered the Report and Recommendation and the remaining record, and no objections by Plaintiff having been filed, does hereby find and order:

(1)     The Court adopts the Report and Recommendation; and

(2)     This action is **DISMISSED without prejudice** because Plaintiff has failed to state a claim upon which relief may be granted.

DATED this 8th day of January, 2010.

                                BENJAMIN H. SETTLE
                                United States District Judge

ORDER