# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSHUA E. BOYD

        v.

PUYALLUP TRIBAL POLICE, *et al.*,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5573BHS

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

This action is **DISMISSED without prejudice** because Plaintiff has failed to state a claim upon which relief may be granted.


| January 12, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                               *s/CM Gonzalez*
                                               Deputy Clerk